No. 78–512. KONIAG, INC., ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Motion of petitioners to defer consideration of petition for writ of certiorari and certiorari denied.

No. 78–606. PACIFIC TELEPHONE & TELEGRAPH Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.; and

No. 78–607. GENERAL TELEPHONE COMPANY OF CALIFORNIA *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. Motions for leave to file briefs as *amici curiae,* in both cases, filed by Southern Co., Communications Workers of America, Sierra Pacific Power Co. et al., and California Independent Telephone Assn., granted. Motions for leave to file briefs as *amici curiae* in No. 78–606, filed by Edison Electric Institute and Dallas Power & Light Co. et al., granted. Certiorari denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN would grant certiorari.